NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CHRISTOPH GESKES

---

2012-1390

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Serial No. 7791173.

---

## JUDGMENT

---

MARK B. HARRISON, Venable, LLP, of Washington, DC, for appellant. With him on the brief was MICHAEL E. HALL.

RAYMOND T. CHEN, Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for appellee. With him on the brief were THOMAS L. CASAGRANDE and CHRISTINA J. HIEBER, Associate Solicitors.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and PROST, *Circuit Judges*).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


March 19, 2013                    /s/ Jan Horbaly
Date                             Jan Horbaly
                                    Clerk